April 20, 2012

Mr. Charles R. 'Skip' Watson Jr.
Locke Lord Bissell & Liddell, L.L.P
100 Congress Ave., Suite 300
Austin, TX 78701-4042
Mr. Michael P. Cash
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011

RE: Case Number: 10-0615
 Court of Appeals Number: 01-09-00809-CV
 Trial Court Number: 03-CV-133610

Style: ASHFORD PARTNERS, LTD.
 v.
 ECO RESOURCES, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. M. Karinne |
| |McCullough |
| |Ms. Annie Rebecca |
| |Elliott |